# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| WESLEASE 2018 OPERATING LP, | ) |
|                 Plaintiff, | ) **ORDER FOR STATUS** |
| | ) **CONFERENCE** |
| vs. | ) |
| | ) |
| 640Services, | ) |
| Keith Morlock, | ) |
| | ) Case No. 1:19-cv-154 |
|                 Defendant. | ) |

A status conference will be held before the magistrate judge on November 23, 2020, at 1:30 p.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 5th day of December, 2019.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court